UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EBONY MOREHOUSE,

                Plaintiff,

v.

PAYPAL, INCORPORATED, et al.,

                Defendants.

21-cv-4012 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 28, 2022, this Court granted Defendants' motion to compel arbitration and stayed this action. *See* Dkt. 43 at 14. Given that the action has been stayed for more than a year, no later than May 1, 2023, the parties shall submit a joint status letter apprising the Court on the status of arbitration.

SO ORDERED.

Dated:    April 18, 2023
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge